

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00154-CR

Andrew Rene **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0452
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

James Reeves's motion to withdraw as counsel is GRANTED.

SIGNED March 28, 2018.

_____
Karen Angelini, Justice